AO –42 (Rev, 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
ADAM JOHNSON

Case: 1:21-MJ-00020
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADAM JOHNSON
who is accused of an offense or violation based on the following document filed with the court:

☐ indictment        ☐ Superseding indictment        ☐ information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 641 - Theft of Government Property

40 U.S.C. 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:      01/08/2021

G. Michael Harvey
2021.01.08 18:46:10
-05'00'

*issuing officer's signature*

City and state:      Washington DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2 and the person was arrested on *(date)* 1/8/21 at *(city and state)* Bradenton FL |
| Date: 1/11/21 |

*Arresting officer's signature*

Richard Volp
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| | ) |
| ADAM JOHNSON | ) |
| ▆▆▆▆▆▆▆▆ | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Case: 1:21-MJ-00020
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 641 | Theft of Government Property |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

MICHAEL JENG, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: ___01/08/2021___

_____
*Judge's signature*

City and state: ___Washington, D.C.___

G. MICHAEL HARVEY, U.S. Magistrate Judge
_____
*Printed name and title*

Case 1:21-mj-00020-GMH    Document

Case: 1:21-MJ-00020
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since June 2, 2017.  Currently, I am assigned to a squad that investigates organized criminal enterprises and crimes related to the theft and damage of artwork and objects with significant cultural value.  My squad is based at the Washington Field Office – Northern Virginia Resident Agency in Manassas, Virginia.  As a Special Agent, I am authorized to investigate violations of laws of the United States and am authorized to execute warrants issued under the authority of the United States.  My duties with the FBI include but are not limited to the investigation of alleged violations of federal criminal statutes involving financial institutions and complex financial crimes.  Such investigations typically entail extensive document review, analysis and witness interviews, and the preparation, presentation, and service of criminal complaints, arrest, and search warrants.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020.  The joint session began at approximately 1:00 p.m.  Vice President Mike Pence was present and presiding in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol.  Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.  At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured.  Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. , members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers.  Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

On or about January 7, 2021, law enforcement received information from U.S. Capitol authorities that the Speaker of the House's lectern was missing.  A search of open sources revealed an image credited to Getty Images, a visual media company, showing an unknown individual (PERSON 1) appearing to carry the lectern throughout the U.S. Capitol building (see Figure 1).  In the image, a large seal with the words "Seal Of The Speaker United States House Of Representatives 1789" is clearly visible on the lectern.  The image had been widely circulated on online news sources and social media, and online commentary indicated that the image was taken

during the forced-entry event at the U.S. Capitol on January 6, 2021. PERSON 1 can be seen with what appeared to be red facial hair, wearing a gray jacket, blue knit cap with white lettering, and a backpack. On January 8, 2021, during a conversation with the FBI, U.S. Capitol Police (USCP) identified the location of PERSON 1, as shown in Figure 1, as within the rotunda of the Capitol building.



*Figure 1*

Additional open source research revealed an article published by the Sarasota Herald-Tribune, an organization that provides news related to the city of Sarasota, Florida. The article contained an image of what appeared to be a social media post by a person with the username "Adam Johnson." The post contained another image of what appeared to be PERSON 1, again with what appeared to be red facial hair and wearing the same gray jacket, blue knit cap with white lettering, and backpack as seen in Figure 1, posing by a sign that read "Closed to all tours" (see Figure 2). The caption accompanying the photograph, seemingly in response to the sign, says "No."

USCP subsequently identified the location of PERSON 1, as shown in Figure 2, as inside the Capitol building, likely on the second floor in the hallway near the Old Senate Chamber. USCP also indicated that the sign seen in Figure 2 was consistent with signs normally used in the U.S. Capitol building. The Sarasota Herald-Tribune article indicated that the photograph likewise was taken during the forced-entry event at the U.S. Capitol on January 6, 2021, and that social media users had indicated PERSON 1 was named ADAM JOHNSON and a resident of Bradenton, Florida.



*Figure 2*

On or about January 6, 2021, an individual called the FBI's National Threat Operations Center to report that the individual seen in the widely circulated Getty Images photograph (Figure 1) was named ADAM JOHNSON. The caller claimed that ADAM JOHNSON was a resident of Bradenton, Florida, and that the caller knew this information because he/she shared a mutual friend with ADAM JOHNSON. The FBI conducted research on government databases and learned that there was an individual named ADAM JOHNSON associated with residences in two cities in Florida: Bradenton and Parrish (which is near Bradenton). A search of the Florida's Department of Motor Vehicles returned ADAM JOHNSON's driver's license photograph. By comparing this photograph to the image of PERSON 1, your affiant reasonably believes that PERSON 1 is identical to ADAM JOHNSON.

On or about January 8, 2021, the FBI consulted with members of the Speaker's staff and learned that before the forced entry to the Capitol building began on January 6, 2021, the Speaker's lectern was stored in the Speaker's Suite, located under a staircase to the third floor on the House side of the Capitol building. On or about January 7, 2021, the lectern was found by a member of the Senate staff in the Red corridor of the Senate wing off the Rotunda in the Capitol building. According to the House of Representatives' curator, the Speaker's lectern has a market value of more than $1,000.

Based on the foregoing, your affiant submits that there is probable cause to believe that ADAM JOHNSON violated:

18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance;

40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings; and

18 U.S.C. § 641, which makes it a crime for a person to embezzle, steal, purloin, or knowingly convert to his use or the use of another, or without authority, sell, convey or dispose of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or receive, conceal, or retain the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted.

_____
SPECIAL AGENT MICHAEL JENG
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of January 2021.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
ADAM JOHNSON

*Defendant*

)
)
)
)
)
)

Case: 1:21-MJ-00020
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ADAM JOHNSON                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 641 - Theft of Government Property

40 U.S.C. 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/08/2021

                               *Issuing officer's signature*

City and state:     Washington, DC

        G. MICHAEL HARVEY, U.S. Magistrate Judge
                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA


-vs-                                                    Case No. 8:21-mj-1020-CPT
                                        Charging District Case No. 1:21-mj-1020


ADAM JOHNSON

### CLERK'S MINUTES
Proceeding: Initial Appearance – Rule 5c3
Courtroom 12B

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: January 11, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 2:03 PM |
| USPO: Joely Andrews | Recess: 2:25 PM |
| Court Reporter: Digital | Total Time: 22 minutes |

---

Counsel for USA: Patrick Scruggs, AUSA
Counsel for Defendant: Dan Eckhart and David Bigney, retained

---

Court calls case and counsel enters appearances.

Defendant has retained counsel.

Defendant has received a copy of the Complaint. USA summarizes charges contained in the Complaint. Defendant charged in the District of Columbia. Defendant understands.

Court advises of certain constitutional rights. Defendant understands.

Defendant waives identity hearing and preliminary hearing. A waiver has been signed by Defendant. Defendant consents to removal. Defendant directed to report to the District of Columbia for further proceedings.

BOND:        <u>Government:</u> Does not oppose release of defendant. $25,000 surety bond, travel restricted to Middle District of FL and the District of Columbia for purposes only of court proceedings and meetings with AUSA, surrender passport card, surrender firearms, curfew 9:00 p.m. – 6 a.m., substance abuse evaluation and treatment if necessary.

<u>Defendant:</u> In agreement with conditions of release. Defendant is a stay at home dad so Defendant would request that he not be imposed the condition of seeking employment.

<u>Court:</u> Defendant released on standard conditions and special conditions, report as directed, surrender passport card, not apply for any other travel documents, submit to testing, not possess firearms or dangerous weapons, travel is restricted to the Middle District of Florida and the District of D.C. only for the purposes of court proceedings and at the discretion of the court and the United States Attorney's Office. $25,000 signature bond to be co-signed by Defendant's wife by close of business on Thursday, January 24, 2021.

Due process order.

Recess.

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  8:21-mj-1020-CPT |
| ADAM JOHNSON | ) |
|  | ) Charging District's Case No.  1:21-mj-20 |
| _Defendant_ | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_   United States District Court for the District of Columbia.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☑     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      01/11/2021

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

DAN ECKHART
_Printed name of defendant's attorney_

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ADAM JOHNSON | ) Case No. 8:21-mj-1020-CPT |
| | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Adam Johnson _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

   ( X )   to appear for court proceedings;
   ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
   ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  25,000.00     .

( ) (3)  This is a secured bond of $ _____ , secured by:

   ( ) (a) $ _____ , in cash deposited with the court.

   ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   01/11/2021                                       
                                          *Defendant's signature*

          Suzanne Johnson                               01/13/2021

        *Surety/property owner – printed name*                  *Surety/property owner – signature and date*

        *Surety/property owner – printed name*                  *Surety/property owner – signature and date*

        *Surety/property owner – printed name*                  *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:   1/13/21                                               *Signature of Clerk or Deputy Clerk*

Approved.

Date:   1/11/2021                                               *Judge's signature*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ADAM JOHNSON

_____/

MDFL Case No. 8:21-mj-1020-CPT
Charging District Case No. 1:21-mj-20

## ORDER OF RELEASE

It is hereby ORDERED:

1. The conditions of release are hereby established as set forth below.

2. The United States Marshal is hereby directed to release the above named Defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED in Tampa, Florida this 11th day of January 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

## CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending, except that Defendant may travel to the District of Columbia at the direction of the United States District Court for the District of Columbia or the United States Attorney for the District of Columbia.

3. Defendant must not change his present address without prior court approval.

4. Defendant shall not commit a federal, state, or local crime during the period of his release. Defendant shall inform the United States Pretrial Services Office (Pretrial Services) immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors, and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims, or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim, or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

   * Defendant shall report to Pretrial Services as directed.

   * Defendant shall surrender his passport to Pretrial Services. Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or a not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

   * Defendant shall not apply for or obtain a passport or any new travel documents.

* Defendant shall submit to substance abuse testing at the direction of Pretrial Services.

* Defendant shall submit to substance abuse evaluation and/or treatment as directed by Pretrial Services, with all costs to be borne by Defendant, as directed by Pretrial Services.

* Defendant shall not possess any firearms, destructive devices, or dangerous weapons.

* Defendant shall participate in the following location restriction program and abide by the requirements of that program. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by Pretrial Services.

    (X) **Curfew**. Defendant is restricted to his residence every day from 9:00 p.m. to 6:00 a.m., or as otherwise directed by Pretrial Services, and Defendant's compliance shall be monitored by Pretrial Services using radio frequency monitoring.

* Defendant shall post a signature bond in an amount totaling $25,000.00. This signature bond shall be co-signed by Defendant's wife, Suzanne Johnson, by no later than 5:00 p.m. on Thursday, January 24, 2021.

7.  A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of the bond previously given.

    Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously imposed.

    Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

8.  A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.

If a person fails to appear in connection with --

(a)    an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)    an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c)    any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)    a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalties set forth in subparagraph (b), and therefore, the penalties for failure to appear are those set forth in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this 11th day of January 2021.

WITNESS                                    DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813.301.5400 and 801 N. Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number for the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813.483.4200.

4. The telephone number and mailing address for the United States Attorney for the Middle District of Florida, Tampa Division, are: 813.274.6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number for the United States Pretrial Services Agency is 813.225.7648, and the toll-free number is 800.676.0125.

6. NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Christopher P. Tuite, any requests to travel outside the area set forth in this document must be submitted at least three (3) BUSINESS days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in an automatic denial of the request unless a showing is made that an actual emergency situation exists, such as a serious family illness.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:21-mj-1020-CPT
                                    Charging District Case No. 1:21-mj-20

ADAM JOHNSON
_____/

## O R D E R

Defendant Adam Johnson having been arrested in the Tampa Division of the Middle District of Florida on a warrant issued in the District of Columbia and having been released on bond, it is hereby ORDERED that, unless otherwise directed by the United States District Court for the District of Columbia, the Defendant shall personally appear at the United States District Court for the District of Columbia, located at 333 Constitution Avenue N.W., Washington, DC 20001, on January 19, 2021, at 1:00 p.m. before United States Magistrate Judge G. Michael Harvey in Courtroom 6.

DONE and ORDERED in Tampa, Florida, this 13th day of January 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:21-mj-01020-CPT All Defendants

Case title: USA v. Johnson          Date Filed: 01/11/2021
Other court case number: 1:21-mj-20 USDC District of Columbia    Date Terminated: 01/13/2021

---

Assigned to: Magistrate Judge Christopher
P. Tuite

**Defendant (1)**

**Adam Johnson**          represented by    **Daniel W. Eckhart**
*TERMINATED: 01/13/2021*                      Dan Eckhart Law
                                      200 E. Robinson St., Ste. 1150
                                      Orlando, FL 32801
                                      407/567-2286
                                      Fax: 407/567-1084
                                      Email: dan@daneckhartlaw.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: Retained*

                                      **David R. Bigney**
                                      The Bigney Law Firm
                                      215 E Livingston St
                                      Orlando, FL 32801-1508
                                      407/425-6068
                                      Fax: 407/425-6078
                                      Email: bigneylawfirm@gmail.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: Retained*

**Pending Counts**                                            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752(a) - KNOWINGLY ENTERING
OR REMAINING IN ANY RESTRICTED
BUILDING OR GROUNDS WITHOUT
LAWFUL AUTHORITY; 18:461 - THEFT
OF GOVERNMENT PROPERTY;
40:5104(e)(2) - VIOLENT ENTRY AND
DISORDERLY CONDUCT ON CAPITOL
GROUNDS

**Disposition**

---

**Plaintiff**

**USA**             represented by   **Patrick Scruggs**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6034
Email: patrick.scruggs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2021 | 2 | Arrest pursuant to Rule 5(c)(2) of Adam Johnson from the United States District Court for the District of Columbia. (AMS) (Entered: 01/11/2021) |
| 01/11/2021 | 1 | Rule 5(c)(3) documents received from the United States District Court for the District of Columbia as to Adam Johnson (Attachments: # 1 Statement of Facts, # 2 Arrest Warrant) (AMS) (Additional attachment(s) added on 1/11/2021: # 2 Arrest Warrant) (AMS). (Entered: 01/11/2021) |
| 01/11/2021 | 3 | NOTICE OF ATTORNEY APPEARANCE: Daniel W. Eckhart appearing for Adam Johnson (Eckhart, Daniel) (Entered: 01/11/2021) |
| 01/11/2021 | 4 | NOTICE OF ATTORNEY APPEARANCE: David R. Bigney appearing for Adam Johnson (Bigney, David) (Entered: 01/11/2021) |
| 01/11/2021 | 5 | ORAL MOTION for Release from Custody by USA as to Adam Johnson. (AMS) (Entered: 01/11/2021) |
| 01/11/2021 | 6 | ORAL MOTION for Release from Custody by Adam Johnson. (AMS) (Entered: 01/11/2021) |
| 01/11/2021 | 7 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 5 Motion for Release from Custody as to Adam Johnson (1); granting 6 Motion for Release from Custody as to Adam Johnson (1); INITIAL APPEARANCE in Rule 5(c) (3) proceedings held on 1/11/2021 as to Adam Johnson from the District of Columbia. ; Bond Hearing as to Adam Johnson held on 1/11/2021. (DIGITAL) (AMS) (Entered: 01/11/2021) |
| 01/11/2021 | 8 | **ORAL ORDER as to Adam Johnson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny** |

| | | |
|---|---|---|
| | | **and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Christopher P. Tuite on 1/11/2021. (AMS)** (Entered: 01/11/2021) |
| 01/11/2021 | [10](#) | WAIVER of Rule 5 & 5.1 Hearings hearing by Adam Johnson. (AMS) (Entered: 01/11/2021) |
| 01/11/2021 | [11](#) | **ORDER Setting Conditions of Release Signed by Magistrate Judge Christopher P. Tuite on 1/11/2021. (AMS)** (Entered: 01/11/2021) |
| 01/13/2021 | [12](#) | Signature BOND entered as to Adam Johnson in amount of $ 25,000. (CAH) (Entered: 01/13/2021) |
| 01/13/2021 | [13](#) | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Unitied States District Court for the District of Columbia as to Adam Johnson Signed by Magistrate Judge Christopher P. Tuite on 1/13/2021. (CAH)** (Entered: 01/13/2021) |
| 01/13/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Adam Johnson regarding your case number: 1:21-mj-20. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CAH) (Entered: 01/13/2021) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/14/2021 16:09:41 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-mj-01020-CPT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**