IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>ADAM JOHNSON<br><br>DEFENDANT.<br>_____/ | **DENIED**<br><br>Case No. 1:21-mj-00020-GMH<br>Mag. Judge: G. Michael Harvey |

ORDER GRANTING CONTINUANCE

The Court has reviewed the Defendant Application for Continuance filed pursuant to LCrR 57.2 and will reschedule the Status Hearing set for January 19, 2021 at 1:00 to a date in February 2021. The Court finds that the continuance is made in the interests of justice under the Speedy Trial Act and the time that accumulates from January 19, 2021 to the hearing date is excludable time under Title 18, United States Code, Section 3161(h).

IT IS SO ORDERED.

DATED: _____

G. MICHAEL HARVEY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

4