NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　Criminal Number　1:21-mj-00020-GMH

Adam Johnson

(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA　　　☒ RETAINED　　　☐ FEDERAL PUBLIC DEFENDER

*[signature]*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Dan Eckhart, FL Bar No. 0488674
(Attorney & Bar ID Number)

Dan Eckhart Law
(Firm Name)

200 E. Robinson Street, Ste. 1150
(Street Address)

Orlando　　　FL　　　32801
(City)　　　(State)　　　(Zip)

(407) 276-0500
(Telephone Number)