Use Tab key to move from field to field on this form

NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:21-mj-00020-GMH

Adam Johnson
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David R. Bigney, Fl. Bar No: 132454
*(Attorney & Bar ID Number)*

Bigney Law Firm
*(Firm Name)*

215 East Livingston Street
*(Street Address)*

Orlando          FL          32801
*(City)*       *(State)*       *(Zip)*

407.425.6068
*(Telephone Number)*