# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | |
| v. | Case: 1:21-Cr-00020 (GMH) |
| Adam Johnson, *Defendant* | |

## CERTIFICATE OF FAMILIARITY WITH SENTENCING GUIDELINES

Pursuant to Local Criminal Rule 44.5(b), David Bigney, attorney for defendant Adam Johnson, hereby certifies that he is familiar with the United States Sentencing Guidelines.

Dated:  January 13, 2021                    Respectfully submitted,

/s/ David Bigney                    .
David Bigney, FL Bar No. 132454
Bigney Law Firm
215 East Livingston Street
Orlando, FL 32801
Office: 407.425.6068
dbigney@bigneylaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:  February 11, 2021                    /s/ David Bigney                        .
                                             David Bigney, FL Bar No. 132454
                                             *Counsel for Defendant*