UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-mj-20 |
| : | |
| **ADAM JOHNSON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based on the representations of the United States in its Unopposed Motion to Continue the Status Hearing and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, including representations by the Defendant's counsel that the Defendant has waived his right to a preliminary hearing, it is hereby

ORDERED that the status hearing currently scheduled for April 19, 2021 is continued to _____, 2021; it is further

ORDERED that the time before April 19, 2021 and _____, 2021 shall be excluded from calculation under the Speedy Trial Act.  The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter as well as discuss a potential pretrial disposition.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE