IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ADAM JOHNSON

_____/

Case No. 1:21-mj-00020-GMH
Mag. Judge: G. Michael Harvey

## ORDER

This matter having come before the court in the Motion to Withdraw as Counsel for the Defendant, Adam Johnson it is this ____ day of _____, 2021

ORDERED that the Motion to Withdraw as Counsel is GRANTED.

DATED: _____

_____
HONORABLE JUDGE HARVEY
UNITED STATES DISTRICT COURT