# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ADAM JOHNSON** <br><br> _____/ | Case No. 1:21-mj-00020-GMH <br> Mag. Judge: G. Michael Harvey |

## ORDER

This matter having come before the court in the Motion to Withdraw as Counsel for the Defendant, Adam Johnson it is this 5th day of May, 2021

ORDERED that the Motion to Withdraw as Counsel is GRANTED.

                                        _____
                                        HONORABLE G. MICHAEL HARVEY
                                        UNITED STATES MAGISTRATE JUDGE