UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ADAM JOHNSON,

Defendant.

Case No. 1:21-mj-00020-GMH
Mag. Judge: G. Michael Harvey

### ORDER

Based on the representations of the Defendant in his Consent Motion to Continue Status Hearing, and upon consideration of the entire record, including representations by the Defendant's counsel that the Defendant has waived his right to a preliminary hearing, it is hereby

ORDERED that the status hearing currently scheduled for August 20, 2021 is continued to 1:00 p.m. on November 8, 2021, before Magistrate Judge Robin M. Meriweather. It is further

ORDERED that the time between August 20, 2021 and November 8, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter as well as discuss a potential pretrial disposition.

_____
HONORABLE ROBIN M. MERIWEATHER
MAGISTRATE JUDGE